AO 91 (Rev. 11/11) Criminal Complaint

AUSA: DePorre Telephone: (810) 766-5177
Special Agent: Daniel Bowling Telephone: (810) 341-5710

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Lavance Morgan

Case: 4:26-mj-30661
Judge: Ivy, Curtis
Filed: 10-20-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 11, 2026 in the county of Genesee in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C § 922(g)(1) | Felon in posession of a firearm. |

This criminal complaint is based on these facts:

On or about August 11, 2026, the defendant, Lavance Morgan violated 18 U.S.C § 922(g)(1) felon in possession of a firearm).

☑ Continued on the attached sheet.

*Complainant's signature*

Daniel Bowling, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: October 20, 2026

*Judge's signature*

City and state: Flint, MI

Hon. Curtis Ivy, Jr., U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Daniel Bowling, being duly sworn, hereby declare and state:

1. I am a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") currently assigned to the Detroit Field Division, Flint Field Office. I have been employed by the ATF since July 26, 2015. As an ATF agent, I have participated in hundreds of investigations related to violations of federal gun and drug laws. I completed Special Agent Basic Training and Criminal Investigative Training at the Federal Law Enforcement Training Center. I was previously employed as a Police Officer with the Metropolitan Nashville Police Department in Nashville, Tennessee from March of 2008 through May of 2015. I have testified in court proceedings at the state and the federal level.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for Lavance Morgan (DOB: xx/xx/1994). The facts in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the issuance of the requested criminal complaint and arrest warrant. It does not set forth all my knowledge of this investigation. Unless specifically indicated otherwise, the conversations and statements described are not verbatim.

3. Based on the facts set forth in this affidavit, there is probable cause to believe on August 11, 2026, in the Eastern District of Michigan, Morgan, having been convicted of a crime punishable by a term of incarceration exceeding on year, knowingly possessed a firearm in and affecting interstate commerce in violation of 18 U.S.C. § 922(g)(1).

**PROBABLE CAUSE**

4. In May of 2026, an ATF confidential informant (CI) met an individual identified here as S-1.

5. On August 11, 2026, S-1 communicated with the CI via cell phone to arrange a firearm transaction. Specifically, S-1 arranged for the CI and an undercover ATF agent (UCA) to purchase a "draco" style firearm from S-1's associates. The UCA traveled to the deal location in Flint, Michigan where the UCA parked their undercover vehicle next to a Buick that was parked in the parking lot of the deal location. The UCA approached the Buick, entered the backseat, and made contact with Lavance Morgan, who was the driver, and an individual identified here as S-2, who was the front seat passenger. The UCA observed Morgan retrieve a black AK style pistol from the floorboard next to S-2. Morgan placed the firearm in the backseat for the UCA to examine. The UCA then presented S-2 cash funds to purchase the firearm. Morgan then wiped the magazine for the firearm off with his T-shirt. The UCA then returned back to the undercover vehicle and the parties left

the location. The firearm that Morgan handed to the UCA was a Pioneer Arms Corp., Model Hellpup, 7.62x39mm caliber pistol bearing serial number PAC1168253.

6. I have spoken with ATF Special Agent Dustin Hurt who has special training and expertise regarding where firearms are manufactured. Agent Hurt informed me that the 7.62x39mm caliber pistol was manufactured outside the state of Michigan.

7. Morgan's criminal history records show the following prior convictions for felonies punishable by imprisonment for a term exceeding one year:

- 2014- felony weapons; police officer-assault/resisting (conviction);
- 2016- felony assault with a weapon (conviction);
- 2019- ATF charge for 18 USC 922(g)(1)- felon in possession of a firearm (conviction and sentence of 84 months). Morgan was released from federal custody in March 20, 2026, and is currently on federal supervised release.

8. Based on the foregoing facts and circumstances, I respectfully submit that there is probable cause to believe that on August 11, 2026, Morgan possessed a firearm in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

______________________________
Daniel Bowling, Special Agent, ATF

Sworn to before me and signed in my presence and/or by reliable electronic means on October 20, 2026.

______________________________
Hon. Curtis Ivy, Jr.
United States Magistrate Judge